IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

SYLVESTER PETERSON,

      Petitioner,

v.                                Case No.  5D17-333

STATE OF FLORIDA,

      Respondent.

_____/

Opinion filed March 10, 2017

Petition for Belated Appeal
A Case of Original Jurisdiction.

Sylvester Peterson, Lowell, pro se.

Pamela Jo Bondi, Attorney General
Tallahassee, and, Marjorie Vincent-Tripp,
Assistant Attorney General, Daytona
Beach, for Respondent.

PER CURIAM.

The petition for belated appeal is granted.  A copy of this opinion shall be filed with the trial court and be treated as the notice of appeal from the January 28, 2016, order denying Petitioner's *pro* se motion to correct illegal sentence, filed in Case No. 2004-033118-CFAES, in the Circuit Court in and for Volusia County, Florida.  See Fla. R. App. P. 9.141(c)(6)(D).

      PETITION GRANTED.

COHEN, C.J., SAWAYA, PALMER, JJ.  concur.